# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cathleen Gore, | No. CV-16-02725-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Prudential Insurance Company of America, | |
| Defendant. | |

The Court having received the parties' Stipulation of Dismissal (Doc. 27), filed February 17, 2017,

**IT IS HEREBY ORDERED** granting the Stipulation (Doc. 27) and dismissing this action in its entirety, **with prejudice**, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

**Dated** this 21st day of February, 2017.

Honorable Diane J. Humetewa
United States District Judge